IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT -8 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO. 3:24CR96-CWR-LGI

JAZION BRADFIELD                                        18 U.S.C. § 922(o)

**The Grand Jury charges:**

On or about January 2, 2024, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **JAZION BRADFIELD**, knowingly possessed a machinegun in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of the offense specified above, the defendant, **JAZION BRADFIELD**, shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense.

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a

judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

_____
TODD W. GEE
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the __8__ day of October 2024.

_____
UNITED STATES MAGISTRATE JUDGE